1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POPPARTIES LLC, a Michigan limited liability company,

   Plaintiff,

   v.

ZHOUE, an individual,

   Defendant.

Case No. C22-473RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION FOR ELECTRONIC SERVICE OF PROCESS

16
17
18
19
20
21
22
23
24
25
26
27

This matter comes before the Court on Plaintiff Popparties LLC ("POP Parties" or "Plaintiff")'s Motion requesting leave to serve Defendant by electronic mail. Dkt. #8. The Court has reviewed the Motion and supporting documents, and the remainder of the record. The Court finds that service by email is permitted under the circumstances of this case, specifically where the foreign defendant is residing in China and Plaintiff has been unable to ascertain an accurate physical address for service after a reasonable effort. *See Keck v. Alibaba.com, Inc.*, 2018 WL 3632160, at *3–4 (N.D. Cal. July 31, 2018); *Microsoft Corp. v. Gameest Int'l Network Sales Co.*, 2017 WL 4517103, at *2-3 (N.D. Cal. Oct. 10, 2017); *Chanel, Inc. v. Lin*, 2010 WL 2557503, at *3 n.3 (N.D. Cal. May 7, 2010); *Williams-Sonoma Inc. v. Friendfinder Inc.*, 2007 WL 1140639, at *2 (N.D. Cal. Apr. 17, 2007). Plaintiff has otherwise demonstrated good cause to grant the Motion.

ORDER GRANTING MOTION FOR
ELECTRONIC SERVICE — 1

Given all of the above, the Court ORDERS that Plaintiff's Motion, Dkt. #8, is GRANTED. Pop Parties has leave under Federal Rule of Civil Procedure 4(f)(3) to serve Defendant "Zhoue" with the Complaint, Summons, and this Order by registered electronic mail to the following unique email addresses used by Defendant:

- zhouhe1995@yahoo.com

Such service shall be made no later than **ten days** from the date of this Order.

DATED this 18th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE